USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 3/9/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONAS K. APAU,

Plaintiff,

-against-

JOHN H. DOUGLASS and UNITED NATURAL FOODS, INC.,

Defendants.

1:20-cv-01743-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of Bronx, on March 3, 2020. Dkt. No. 3. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed within the time frame set forth in Fed. R. Civ. P. 38(b). Additionally, Plaintiff's counsel is directed to promptly file a notice of appearance in this case. Defendants are directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED.

Dated: March 9, 2020
New York, New York

GREGORY H. WOODS
United States District Judge